ALFRED MIESTO, Appellant, *v.* COMMERCIAL UNION ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Respondent.

*Miesto* v. *Commercial Union Assur. Co., Ltd., of London, Eng.,* 182 App. Div. 922, appeal dismissed.

(Argued April 7, 1919; decided April 22, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1918, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground of failure to perfect the appeal.

*Robert C. Poskanzer* for motion.

*Harold M. Phillips* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant makes, files and serves copy with notice of filing of undertaking necessary to perfect appeal, in which case motion is denied, without costs.